| | | |
|---|---|---|
| People v Gonzalez | 1st Dept: 149 AD3d 482 (NY) | denied 6/13/17 (Fahey, J.) |
| People v Graham | 1st Dept: 149 AD3d 412 (NY) | denied 6/29/17 (Wilson, J.) |
| People v Grais | 2d Dept: 149 AD3d 979 (Kings) | denied 6/14/17 (Rivera, J.) |
| People v Granger | 2d Dept: 147 AD3d 871 (Queens) | denied 6/1/17 (Stein, J.) |
| People v Grant | App Div, 1st Dept: 2016 NY Slip Op 88845(U) (NY) | denied 6/15/17 (Fahey, J.) |
| People v Gray | 1st Dept: 148 AD3d 557 (NY) | denied 6/13/17 (Fahey, J.) |
| People v Hall (Kevin) | App Div, 3d Dept: 2017 NY Slip Op 66925(U) (Albany) | dismissed 6/30/17 (Wilson, J.) |
| People v Hall (Robert) | 3d Dept: 147 AD3d 1151 (Albany) | denied 6/13/17 (Fahey, J.) |
| People v Hankerson | 2d Dept: 149 AD3d 778 (Queens) | denied 6/23/17 (Fahey, J.) |
| People v Harris | 1st Dept: 148 AD3d 500 (NY) | denied 6/15/17 (Wilson, J.) |
| People v Hassane | 1st Dept: 150 AD3d 425 (NY) | denied 6/20/17 (Garcia, J.) |
| People v Hawkins | 4th Dept: 148 AD3d 1685 (Chautauqua) | denied 6/12/17 (Garcia, J.) |
| People v Head | 2d Dept: 147 AD3d 1083 (Kings) | denied 6/22/17 (Wilson, J.) |
| People v Henley | 4th Dept: 145 AD3d 1578 (Erie) | denied reconsideration 6/19/17 (Stein, J.) |
| People v Henriquez | 1st Dept: 147 AD3d 706 (NY) | denied 6/22/17 (Wilson, J.) |
| People v Hernandez (Eduardo) | 4th Dept: 143 AD3d 1280 (Monroe) | denied 6/14/17 (Rivera, J.) |
| People v Hernandez (Gabriel) | App Term, 1st Dept: 54 Misc 3d 133(A) (NY) | denied 6/8/17 (Wilson, J.) |
| People v Hernandez (Oscar) | 1st Dept: 149 AD3d 503 (NY) | denied 6/12/17 (Stein, J.) |
| People v Hernandez (Waskar) | 1st Dept: 149 AD3d 503 (NY) | denied 6/12/17 (Stein, J.) |
| People v Higgs | 2d Dept: 146 AD3d 981 (Dutchess) | denied 6/6/17 (Rivera, J.) |
| People v Hill (Angel) | 4th Dept: 147 AD3d 1501 (Erie) | denied 6/8/17 (Wilson, J.) |
| People v Hill (Anthony) | App Div, 1st Dept: 2017 NY Slip Op 62653(U) (NY) | denied 6/14/17 (DiFiore, Ch. J.) |
| People v Hill (Herbert) | 3d Dept: 148 AD3d 1469 (Ulster) | denied 6/5/17 (Garcia, J.) |
| People v Hinton | 1st Dept: 148 AD3d 545 (NY) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Holley | 4th Dept: 148 AD3d 1605 (Erie) | denied 6/26/17 (Wilson, J.) |